IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| LUAL MARKO DENG, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:20-CV-154-Z |
| | § | |
| FBI AGENCIES, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION TO DISMISS THE COMPLAINT

On January 26, 2021, the United States Magistrate Judge entered findings and conclusions in this case (ECF No. 53). The Magistrate Judge RECOMMENDS that Plaintiff's complaint be DISMISSED WITH PREJUDICE as factually frivolous. Further, the Magistrate Judge RECOMMENDS the imposition of sanctions. Plaintiff filed no objections to the findings, conclusions, and recommendation.

After making an independent review of the pleadings, files, and records in this case and the findings, conclusions, and recommendation of the Magistrate Judge, the Court concludes that the findings and conclusions are correct.

Accordingly, it is ORDERED that the findings, conclusions, and recommendation of the Magistrate Judge are ADOPTED and that Plaintiff's Complaint (ECF No. 3) is DISMISSED WITH PREJUDICE as factually frivolous. Additionally, the Court imposes the following sanction:

> Plaintiff is BARRED from filing any *pro se, in forma pauperis*, civil action in this Court or initiating any civil pleading in any court subject to this Court's jurisdiction unless Plaintiff has sought and obtained advance written permission of a judge of the forum court before filing any *pro se in forma pauperis* civil pleading or complaint.

The Court also warns Plaintiff, as follows, concerning filing future litigation before any federal court:

> If Plaintiff persists in filing frivolous or baseless cases, or cases over which the Court lacks subject matter jurisdiction, the Court may impose monetary sanctions and/or bar him from bringing *any* further action. *See* Fed. R. Civ. P. 11(b)(2), (c)(1) (providing for *pro se* litigants or attorneys); *see also Mendoza v. Lynaugh*, 989 F.2d 191, 195–197 (5th Cir. 1993) (a violation of Rule 11(b) justifies sanctions).

**SO ORDERED.**

February 25, 2021.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE